UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, *on behalf of himself and all others similarly situated,*

                Plaintiff,

– against –

DRINK LMNT, INC.,

                Defendant.

**ORDER**

22 Civ. 9063 (ER)

Ramos, D.J.:

    Kevin Yan Luis brought this action against Drink LMNT on October 23, 2022, pursuant to the Americans with Disabilities Act.  Doc. 1.  On October 25, 2022, Drink LMNT was served; its answer was due by November 15, 2022.  Doc. 5.  As of the date of this order, Drink LMNT has not answered.

    Yan Luis is therefore directed to file a status report with the Court no later than February 2, 2023.  Failure to do so may result in dismissal of the case for failure to prosecute.

It is SO ORDERED.

Dated:    January 26, 2023
              New York, New York

                                              EDGARDO RAMOS, U.S.D.J.